AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Joshua Walker

*Defendant*

)
)
)   Case No.   CR-14-50115-PHX-NVW
)
)
)
)

**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joshua Walker                                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:


Date:   08/02/2016

*Issuing officer's signature*

City and state:   Phoenix, Arizona

Nicholas K. Sommers, Courtroom Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/3/2016, and the person was arrested on *(date)* 8/26/2016
at *(city and state)* Phoenix, Arizona.

Date: 8/26/2016

/USMS
*Arresting officer's signature*

Arrested by USMS Phoenix
*Printed name and title*