IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-50115-PHX-NVW |
| Plaintiff, | U.S.M. #: 39901-060 |
| vs. | **ORDER** |
| Joshua Walker, | |
| Defendant. | |

A petition for revocation of supervised release was filed and the Defendant admitted violating Allegation B (Standard Condition #9). The Court found that the Defendant violated the terms and conditions of supervised release. The Court has considered the U.S. Sentencing Commission Chapter 7 policy statements as well as the original guideline range and 18 U.S.C. §3583(e) and finds as follows:

**IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release is revoked.

**IT IS ORDERED** committing defendant to the custody of Bureau of Prisons for a term of **EIGHT (8) MONTHS**.

**SUPERVISED RELEASE**

**IT IS FURTHER ORDERED** upon release from the Bureau of Prisons, the defendant shall be placed on Supervised Release for a term of **TWENTY-FOUR (24) MONTHS**.

1     While on supervised release, the defendant shall comply with the standard conditions
2 of supervision adopted by this Court in General Order 12-13. Of particular importance, the
3 defendant shall not commit another federal, state, or local crime during the term of
4 supervision and the defendant shall abstain from the use of illicit substances. Within 72
5 hours of release from the custody of the Bureau of Prisons the defendant shall report in
6 person to the Probation Office in the district to which the defendant is released. The
7 defendant shall comply with the following additional conditions:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse.  You shall contribute to the cost of treatment in an amount to be determined by the probation officer.
2. You shall submit your person, property, house, residence, vehicle, papers, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.
3. You shall provide the probation officer access to any requested financial information.
4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
5. You shall abstain from all use of alcohol or alcoholic beverages.

**IT IS FURTHER ORDERED** dismissing the remaining allegations of the Petition to Revoke on motion of the government.

**IT IS FURTHER ORDERED** affirming all prior orders concerning fine, restitution, and special assessment.

///
///
///
///
///

The Court recommends to the Bureau of Prisons that the Defendant shall be placed in or as close to the District of Arizona, provided this recommendation is consistent with the Bureau's determination of the Defendant's needs and the needs of the Bureau.

Defendant is advised of the right to appeal within 14 days.

DATED this 11th day of October, 2016.

_____
Neil V. Wake
United States District Judge