| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:14CR50115-PHX-NVW |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Joshua Walker | District Of Arizona | Phoenix |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Neil Vincent Wake United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/25/2017 — TO 04/24/2019 |

OFFENSE

Title 21, U.S.C. §841(a)(1) and (b)(1)(A)(846), Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine Base (Crack).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-6-17

Date

_[signature]_

Honorable Neil Vincent Wake
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Ohio

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

Honorable
United States District Judge