```
   FILED          LODGED
__ RECEIVED    __ COPY

       DEC 1 8 2017

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:14CR50115-PHX-NVW |
| | | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Joshua Walker | District Of Arizona | Phoenix |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Neil Vincent Wake United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/25/2017 — TO 04/24/2019 |

**OFFENSE**

Title 21, U.S.C. §841(a)(1) and (b)(1)(A)(846), Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine Base (Crack).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-6-17  
Date

/s/ Neil V Wake  
Honorable Neil Vincent Wake  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Ohio

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-13-17  
Effective Date

Honorable  
United States District Judge